1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   SMG/OCJV,                      )
                                    )
12                                  )        No.  C10-2625 BZ
                                    )
13            Plaintiff(s),         )
                                    )        **BRIEFING ORDER**
14       v.                         )
                                    )
15                                  )
     THE INTERNATIONAL ALLIANCE     )
16   OF THEATRICAL STATE            )
     EMPLOYEES & MOTION PICTURE     )
17   TECHNICIANS, ARTISTS, AND      )
     ALLIED CRAFTS, LOCAL 107,      )
18                                  )
              Defendant(s).         )
19   _____)

20        Having received petitioner's motion to vacate the

21   arbitration award, **IT IS ORDERED THAT** any opposition to the

22   motion **SHALL** be filed by **July 6, 2010.**  Any reply shall be

23   filed by **July 13, 2010.**  By no later than **July 1, 2010,**

24   respondent shall consent to or decline magistrate judge

25   jurisdiction.   The form to consent to or decline magistrate

26   ///

27   ///

28   ///

                                   1

1   judge jurisdiction may be found on the court's website at:

2   http://www.cand.uscourts.gov

3

4   Dated: June 18, 2010

5

6   _____

                    Bernard Zimmerman
7                   United States Magistrate Judge

8
    G:\BZALL\-BZCASES\SMG V. INT'L ALLIANCE\BRIEFING ORDER.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2