1  WILLIAM A. SOKOL, Bar No. 072740
   BRUCE A. HARLAND, Bar No. 230477
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  1001 Marina Village Parkway, Suite 200
   Alameda, California 94501-1091
4  Telephone: 510.337.1001
   Fax: 510.337.1023
5
   Attorneys for Defendant/Cross-Petitioner
6  I.A.T.S.E. Local 107

7  JORDAN LAW GROUP
   PATRICK W. JORDAN, Bar No. 52115
8  SEAN R. BRODERICK, Bar No. 263942
   1010 "B" Street, Suite 320
9  San Rafael, California 94901
   Telephone: 415.459.9865
10 Fax: 415.459.9871

11 Attorneys for Plaintiff/Cross-Respondent
   SMG/OCJV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMG/OCJV, <br><br> Plaintiff/Cross-Respondent, <br><br> v. <br><br> THE INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOTION PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS, LOCAL 107, <br><br> Defendant/Cross-Petitioner. | No.   C10-02625 (CW) <br><br> **STIPULATION FOR ENTRY OF JUDGMENT; ORDER** <br><br><br><br><br> Judge: Hon. Claudia Wilken <br> Courtroom:   2, 4th Floor |

The parties, through their respective counsel, hereto hereby stipulate and agree as follows:

Plaintiff/Cross-Respondent, SMG/OCJV ("SMG"), filed a Petition to Vacate Arbitration

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation for Entry of Judgment; Proposed Order, Case No. C10-02625 (CW)

Award on or about June 15, 2010, seeking to vacate an arbitration award issued by Arbitrator Thomas Angelo in which he sustained a grievance filed by Defendant/Cross-Petitioner, I.A.T.S.E. Local 107 ("Local 107"). Local 107 filed a Cross-Petition to Confirm Arbitration Award on or about August 8, 2010, seeking to confirm Arbitrator Angelo's award. A hearing on SMG's motion to vacate and Local 107's cross-motion to confirm is currently scheduled for September 9, 2010 before this Court. The parties are desirous of settling the Petition to Vacate and the Cross-Petition to Confirm, and as such, the parties hereby stipulate and agree to settle this action under the following terms:

Plaintiff/Cross-Respondent, SMG/OCJV, agrees to have judgment entered against it as follows:

1. The arbitration award dated March 15, 2010, and attached as Exhibit A to this Stipulation for Entry of Judgment, shall be confirmed by the Court and made a Judgment of this Court;

2. Local 107 shall withdraw its motion for Rule 11 sanctions; and

3. The parties shall be responsible for their own attorneys' fees and costs.

The parties, through their respective counsel, hereto mutually state that they have read the foregoing Stipulation for Entry of Judgment and are fully aware of its contents and legal facts.

Dated: _____

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
BRUCE A. HARLAND
Attorneys for I.A.T.S.E. Local 107

JORDAN LAW GROUP

Dated: _____

By: _____
PATRICK W. JORDAN
Attorneys for SMG/OCJV

/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -
Stipulation for Entry of Judgment; Proposed Order, Case No. C10-02625 (CW)

**ORDER**

It is so ordered that Judgment is entered against Plaintiff/Cross-Respondent SMG/OCJV as set forth in the Stipulation For Entry of Judgment.

Dated:  8/24/2010

_____
The Honorable Claudia Wilken
United States District Court Judge

124983/585269

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -
Stipulation for Entry of Judgment; Proposed Order, Case No. C10-02625 (CW)